**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FATIN BEINER,

            Plaintiff,

- against –

INLAND-GREENBURGH DELAWARE
BUSINESS TRUST and SAM'S EAST, INC.

            Defendants.

25-cv-04220 (JGLC)

The Clerk of Court is respectfully directed to open a new case for Plaintiff's claims against Defendant Inland-Greenburgh Delaware Business Trust, waive the filing fee, and assign it to District Judge Jessica Clarke and Magistrate Judge Victoria Reznik. The Clerk of Court is further directed to assign this case, No. 25-cv-04220, to only Magistrate Judge Victoria Reznik and terminate Defendant Indland-Greenburgh Delaware Business Trust.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 28, 2025
New York, New York

To the Hon. Judge Jessica G. L. Clarke:

Please allow this correspondence to confirm that Plaintiff, Fatin Beiner, consents to severing the action against Inland-Greenburgh Delaware Business Trust, so that the court may maintain the non-consented to portion of this action.

Dated:    August 26, 2025
             Scarsdale, New York

                        LAW OFFICE OF BARRY S. KAISER
                        *Attorney for Plaintiff*

                  By:  *Barry S. Kaiser*
                        Barry S. Kaiser, Esq.
                        455 Central Park Avenue
                        Suite 217,
                        Scarsdale, N.Y. 10583

cc.:
O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant Sam's East, Inc.
7 Bayview Avenue
Northport, New York 11768